### Colquitt *v.* Georgia·Railway and Power Company.

Atkinson, J. This was an action for damages against a street-car company. The petition contained but one count. A lump sum was claimed as damages, (*a*) for refusal of a conductor of a car at a transfer point to allow the plaintiff to get on his car; (*b*) for refusal of the conductor of a second car to accept as fare transfer-tickets that had been duly issued by the conductor of another car, and requiring payment of a cash fare; (*c*) for carrying plaintiff beyond his destination. *Held*, that the petition was subject to a special· demurrer on the ground that there was an attempt to join several distinct causes of action in one count. *Seifert* v. *Sheppard*, 111 *Ga.* 814 (35 S. E. 673) ; *Gainesville & Dahlonega Electric Ry. Co.* v. *Austin*, 122 *Ga.* 823 (50 S. E. 983) ; *Central of Ga. Ry. Co.* v. *Prior*, 142 *Ga.* 536 (83 S. E. 117) ; *Orr* v. *Cooledge*, 117 *Ga.* 195, 205 (43 S. E. 527).

*Judgment affirmed. All the Justices concur.*
December 12, 1916.

Action for damages. Before Judge Bell. Fulton superior court. October 11, 1915.

*E. R. Clarkson* and *Brown & Brown*, for plaintiff.
*Colquitt & Conyers*, for defendant.

---

### Aaron *v.* Anderson.

Beck, J. There were no material errors committed on the trial in the rulings upon the admissibility of evidence. Under the evidence submitted, no other verdict than the one directed by the court, which was for the plaintiff, could properly have been rendered; the court did not err, accordingly, in directing the jury to find in his favor.

*Judgment affirmed. All the Justices concur.*
December 12, 1916.,

Complaint. Before Judge Hardeman. Toombs superior court. August 23, 1915.

*G. W. Lankford, Cowart & Brown,* and *Hines & Jordan,* for plaintiff in error. *J. J. Williams* and *W. S. Dillon,* contra.